U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 JAN 23 P 3 28
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No. **18-CR-017**

MARINA KOLCHINSKY a/k/a
"MARINA KOLCHINSKY PORUSH,"
"MARINA PORUSH,"
"MIRIAM KOLCHINSKY,"
"MIRIAM KOLCHINSKY PORUSH," and
"MIRIAM PORUSH"

[Title 18, United States Code,
Sections 1001 and 1343]

Defendant.

## INDICTMENT

### COUNTS ONE AND TWO
(Wire Fraud)

**THE GRAND JURY CHARGES:**

1.  At all times relevant to this indictment:

    a.  The Social Security Act established a number of programs, including the Supplemental Security Income (SSI) program, that paid benefits to individuals with limited income and resources who are disabled, blind, or over 65 years old.

    b.  The Social Security Administration (SSA), an agency of the United States, administered the SSI program.

    c.  SSI benefits were paid from the general fund of the United States Department of Treasury.

    d.  An individual was eligible for SSI benefits if the individual was disabled, blind, or aged and had limited income and resources.

e. Under the Social Security Act, excluding certain specific classes of resources not at issue here, an unmarried individual was ineligible for SSI if he or she had resources, such as real property or a bank account, worth more than $2,000.

f. An individual applying for and receiving SSI benefits was required to report resources to the SSA.

g. KOLCHINSKY was a resident of Milwaukee, Wisconsin.

h. In or about November 2011, defendant MARINA KOLCHINSKY submitted an application for SSI benefits to the SSA.

2. Beginning on or about November 2, 2011, and continuing through on or about January 31, 2014, in the State and Eastern District of Wisconsin, and elsewhere

**MARINA KOLCHINSKY,**
a/k/a
**"MARINA KOLCHINSKY PORUSH,"**
**"MARINA PORUSH,"**
**"MIRIAM KOLCHINSKY,"**
**"MIRIAM KOLCHINSKY PORUSH," and**
**"MIRIAM PORUSH"**

knowingly devised and executed a scheme to defraud and obtain money from the United States of America by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts ("the scheme"), which scheme is further described in the following paragraphs.

3. It was part of the scheme that KOLCHINSKY concealed from the SSA that she owned resources, including, but not limited to, real property and certain financial institution accounts.

4. It was further part of the scheme that KOLCHINSKY concealed from the SSA that her name was on resources, including, but not limited to, real property and certain financial institution accounts.

5. It was further part of the scheme that KOLCHINSKY caused the SSA to issue her SSI benefits, which defendant KOLCHINSKY knew she was not entitled to receive.

6. On or about the dates indicated above, in the State and Eastern District of Wisconsin and elsewhere,

MARINA KOLCHINSKY,
a/k/a
"MARINA KOLCHINSKY PORUSH,"
"MARINA PORUSH,"
"MIRIAM KOLCHINSKY,"
"MIRIAM KOLCHINSKY PORUSH," and
"MIRIAM PORUSH,"

for the purpose of executing the above-described scheme, knowingly caused to be transmitted in interstate commerce by means of a wire communication from the Federal Reserve Bank in East Rutherford, New Jersey, to Guaranty Bank, Milwaukee, Wisconsin, certain writings, signs, and signals, namely a wire funds transfer of SSI benefits in the indicated amounts:

| COUNT | DATE | AMOUNT |
| --- | --- | --- |
| 1 | March 1, 2013 | $710.00 |
| 2 | August 30, 2013 | $710.00 |

All in violation of Title 18, United States Code, Section 1343.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about January 15, 2016, in the State and Eastern District of Wisconsin,

**MARINA KOLCHINSKY,**
a/k/a
**"MARINA KOLCHINSKY PORUSH,"**
**"MARINA PORUSH,"**
**"MIRIAM KOLCHINSKY,"**
**"MIRIAM KOLCHINSKY PORUSH," and**
**"MIRIAM PORUSH,"**

willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by denying to Special Agents with the SSA that she ever was a member of the 7505 West Bradley Road, LLC. The representation was false because, as KOLCHINSKY then and there knew, she, in fact, had been a member of the 7505 West Bradley Road, LLC.

All in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

FOREPERSON
Dated: 1-23-18

GREGORY J. HAANSTAD
United States Attorney