UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA

                Plaintiff,

v.                                     Case No. 18-CR-017

MARINA KOLCHINSKY

                Defendant.

_____

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT**
_____

      Michael J. Cohn, attorney for the defendant Marina Kolchinsky, in the above-captioned matter, respectfully moves this court for leave to withdraw as counsel for the defendant. In support of the motion, counsel asserts that there are irreconcilable differences between counsel and the defendant which necessitate his withdrawal.

      Dated: February 12, 2018

                                  PLEDL & COHN, S.C.
                                  Attorneys for Defendant Marina Kolchinsky

                                  By:____/SS/_____
                                  Michael J. Cohn
                                  State Bar No. 1002777
                                  1110 N. Old World Third Street – Suite 215
                                  Milwaukee, WI  53203
                                  TEL   414-225-8999
                                  FAX   414-225-8987
                                  mjc@mjcohnlaw.com