UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

  v.                                    Case No. 18-CR-17

MARINA KOLCHINSKY,

      Defendant.

## ORDER GRANTING THE GOVERNMENT'S MOTION FOR LEAVE TO DISMISS INDICTMENT

Upon motion of the United States, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS ORDERED** that the United States is granted leave to dismiss the indictment in the above-captioned case.

Dated at Milwaukee, Wisconsin, this _____ day of May, 2019.

_____
HONORABLE J.P. STADTMUELLER
United States District Judge